UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KHALIA STORRS,

       Plaintiff,                         Case No. 13-CV-10628

vs.                                        HON. MARK A. GOLDSMITH

P & B CAPITAL GROUP, LLC,

       Defendant.
_____/

**ORDER
(1) ACCEPTING THE REPORT AND RECOMMENDATION OF THE
MAGISTRATE JUDGE DATED AUGUST 1, 2014 (DKT. 30), AND (2) GRANTING
IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR ATTORNEY'S
FEES AND COSTS (DKT. 24)**

       This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Mona K. Majzoub, issued on August 1, 2014 (Dkt. 30). In the R&R, the Magistrate Judge recommends that Plaintiff's motion for attorney's fees and costs (Dkt. 24) be granted in part and denied in part, awarding Plaintiff $2,500.00 in attorney's fees and $356.31 in costs, for total fees and costs in the amount of $2,856.31. The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons. Therefore, the Court accepts the R&R. Accordingly, the Court grants in part and denies in part Plaintiff's motion for attorney's fees and costs (Dkt. 24), and Plaintiff is awarded $2,500.00 in attorney's fees and $356.31 in costs, for a total award of $2,856.31.

       SO ORDERED.

                                                s/Mark A. Goldsmith
                                                Mark A. Smith
                                                United States District Judge

Dated: August 25, 2014

2

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 25, 2014, by electronic and/or ordinary mail.

s/Johnetta M. Curry-Williams
Case Manager
